IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS – PEORIA DIVISION

| | |
|---|---|
| PNC Bank, National Association successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>Bohannan Medical Distributors, Inc., Cheryl L. Bohannan, and Tommy G. Bohannan<br><br>Defendants. | No. 15 cv 01417<br><br>Magistrate Judge Hawley |

## NOTICE OF FILING

TO: Bohannan Medical Distributors, Inc., 7609 N. Walnut Bend Rive, Peoria, Illinois 61614

Cheryl L. Bohannan, 7609 N. Walnut Bend Rive, Peoria, Illinois 61614

Tommy G. Bohannan, 7609 N. Walnut Bend Rive, Peoria, Illinois 61614

PLEASE TAKE NOTICE that on December 9, 2016, the undersigned counsel for Plaintiff PNC Bank, National Association, successor to National City Bank, successor in interest to Mid America Bank, fsb, caused to be filed this Certificate of Service.

Respectfully submitted,

PNC Bank, National Association successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A.

By: /s/Matthew L. Hendricksen
One of Its Attorneys

Matthew L. Hendricksen (6296720)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
Phone: (312) 670-6900
mhendricksen@crowleylamb.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, upon oath deposes and states that he served the foregoing Notice of Filing and Notice of Third Party Citation and Citation to Discover Assets to Third Party to Associated Bank re: Bohannan Medical Distributors, Inc., Notice of Third Party Citation and Citation to Discover Assets to Third Party to Associated Bank re: Cheryl L. Bohannan and Notice of Third Party Citation and Citation to Discover Assets to Third Party to Associated Bank re: Tommy G. Bohannan, upon the parties listed on the proceeding page via US Mail above on December 9, 2016 at or before the hour of 5:00 p.m.

/s/Matthew L. Hendricksen