(6/30/08) CCM 0124 B

E-FILED
Tuesday, 20 December, 2016 09:14:28 AM
Clerk, U.S. District Court, ILCD

## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: **Associated Bank**
Defendant's Name: **Cheryl L. Bohannan**   SS No. xxx-xx- **1097**
Judgment Balance: $ **247,281.78 +**
Court Date: **Jan. 6, 2017**
Case No. **15 CV 01417**

This is a Citation: Freeze up to double the Judgment Balance.

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ☐ Yes ☒ No  **acct. closed 5-10-16**

   IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ☐ Yes ☐ No

   IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.

3. Is/Are the account(s)' current balance equal to or less than the total of the exempt deposits? ☐ Yes ☐ No

   IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.

4. | | ACCOUNT BALANCE | AMOUNT WITHHELD |
   |---|---|---|
   | A) Savings Account | $ | $ |
   | B) Check/MMA/Now Account | $ | $ |
   | C) Certificate of Deposit | $ | $ |
   | D) Trust Account/Other (Describe) | $ | $ |
   | E) Safety Deposit ☐ Yes ☐ No | | |
   | F) Land Trust No. | | |
   | G) Less Right of Offset for Loans | | $ |
   | TOTAL AMOUNT FROZEN: | | $ |

5. List all electronic deposits into account(s) and their source(s) except deposits:

   | Account Number | Source | Monthly Amount |
   |---|---|---|
   | | | $ |
   | | | $ |
   | | | $ |

6. List all joint account holders or adverse claimants:

   | Name | Name | Name |
   |---|---|---|
   | Address | Address | Address |
   | Account Type ☐ Checking ☐ CD Savings | Account Type ☐ Checking ☐ CD Savings | Account Type ☐ Checking ☐ CD Savings |
   | ☐ Account Number | ☐ Account Number | ☐ Account Number |

### INSTRUCTIONS

(1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing. (3.) Fax or mail a copy of this Answer to (i) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor. If filing in the First Municipal District, you may fax to (312) 603-6522 or mail to the Clerk of the Court, Richard J. Daley Center, 50 W. Washington street, Room 602, Chicago, IL 60602. (4.) You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds.

### CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: **DEC 14 2016**

Respondent Name: **ASSOCIATED BANK**
~~P.O. BOX 19087~~
Address: **MS# 7023**
**GREEN BAY, WI 54307**

Telephone: **920 405 2328**
FAX: **920 327 6091**

Print Agent Name: **Kim Timmerman**

Signature of Agent: s/ Kim Timmerman

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(6/30/08) CCM 0124 B

## ANSWER OF THIRD PARTY RESPONDENT CITATION
This first section must be filled out by the judgment creditor.

Citation/Respondent: **Associated Bank**   Court Date: **Jan 6, 2017**
Defendant's Name: **Tommy G. Bohannan**  SS No. xxx-xx-**0618**   Case No. **15 CV 01417**
Judgment Balance: $ **247,281.78 +**
This is a Citation: Freeze up to double the Judgment Balance.

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ☐ Yes ☒ No **acct. closed 5-10-16**

IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ☐ Yes ☐ No

IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.

3. Is/Are the account(s)' current balance equal to or less than the total of the exempt deposits? ☐ Yes ☐ No

IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.

4.                                  ACCOUNT BALANCE              AMOUNT WITHHELD
   A) Savings Account                $ _____                $ _____
   B) Check/MMA/Now Account          $ _____                $ _____
   C) Certificate of Deposit         $ _____                $ _____
   D) Trust Account/Other            $ _____                $ _____
      (Describe) _____
   E) Safety Deposit ☐ Yes ☐ No
   F) Land Trust No. _____
   G) Less Right of Offset for Loans                               $ _____
                    TOTAL AMOUNT FROZEN:                          $ _____

5. List all electronic deposits into account(s) and their source(s) except deposits:
   Account Number          Source                               Monthly Amount
   _____             _____                          $ _____
   _____             _____                          $ _____
   _____             _____                          $ _____

6. List all joint account holders or adverse claimants:

Name _____        Name _____        Name _____
Address _____     Address _____     Address _____

Account Type ☐ Checking ☐ CD Savings   Account Type ☐ Checking ☐ CD Savings   Account Type ☐ Checking ☐ CD Savings
☐ Account Number _____          ☐ Account Number _____           ☐ Account Number _____

### INSTRUCTIONS
(1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing. (3.) Fax or mail a copy of this Answer to (i) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor. If filing in the First Municipal District, you may fax to (312) 603-6522 or mail to the Clerk of the Court, Richard J. Daley Center, 50 W. Washington street, Room 602, Chicago, IL 60602. (4.) You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds.

### CERTIFICATION
Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: **DEC 14 2016**                        Print Agent Name: **Kim Timmerman**
Respondent Name: **ASSOCIATED BANK**
Address: **P.O. BOX 19097 MS# 7023 GREEN BAY, WI 54307**   Signature of Agent: **s/ Kim Timmerman**
Telephone: **920 405 2328**
FAX: **920 327 6091**

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(6/30/08) CCM 0124 B

## ANSWER OF THIRD PARTY RESPONDENT CITATION

*This first section must be filled out by the judgment creditor.*

Citation/Respondent: Associated Bank
Defendant's Name: Bohannan Medical Distributors Inc   SS No. xxx-xx-6299   Court Date: Jan 6, 2017   Case No. 15 cv 01417
Judgment Balance: $ 247,281.78 +

This is a Citation: Freeze up to double the Judgment Balance.

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor? ☐ Yes  ☒ No

*IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions? ☐ Yes ☐ No

*IF THE ANSWER IS "YES" GO TO NEXT QUESTION. IF "NO" GO TO INSTRUCTIONS.*

3. Is/Are the account(s)' current balance equal to or less than the total of the exempt deposits? ☐ Yes ☐ No

*IF YOU ANSWERED "YES" TO ALL 3 QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS AND GO TO "INSTRUCTIONS" BELOW.*

4.   ACCOUNT BALANCE   AMOUNT WITHHELD
A) Savings Account   $ _____   $ _____
B) Check/MMA/Now Account   $ _____   $ _____
C) Certificate of Deposit   $ _____   $ _____
D) Trust Account/Other   $ _____   $ _____
(Describe) _____
E) Safety Deposit  ☐ Yes  ☐ No
F) Land Trust No. _____
G) *Less* Right of Offset for Loans   $ _____
TOTAL AMOUNT FROZEN:   $ _____

5. List all electronic deposits into account(s) and their source(s) except deposits:
Account Number   Source   Monthly Amount
_____   _____   $ _____
_____   _____   $ _____
_____   _____   $ _____

6. List all joint account holders or adverse claimants:

Name _____   Name _____   Name _____
Address _____   Address _____   Address _____

Account Type ☐ Checking ☐ CD Savings   Account Type ☐ Checking ☐ CD Savings   Account Type ☐ Checking ☐ CD Savings
☐ Account Number _____   ☐ Account Number _____   ☐ Account Number _____

### INSTRUCTIONS

(1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing. (3.) Fax or mail a copy of this Answer to (i) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor. If filing in the First Municipal District, you may fax to (312) 603-6522 or mail to the Clerk of the Court, Richard J. Daley Center, 50 W. Washington street, Room 602, Chicago, IL 60602. (4.) You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds.

### CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: DEC 14 2016
Respondent Name: ASSOCIATED BANK
Address: P.O. BOX 19097
MS# 7023
GREEN BAY, WI 54307
Telephone: 920 405 2328
FAX: 920 327 6091

Print Agent Name: Kim Timmerman
Signature of Agent: s/ Kim Timmerman

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS