FILED
JAN 09 2017
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS – PEORIA DIVISION

| | |
|---|---|
| PNC Bank, National Association successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>Bohannan Medical Distributors, Inc., Cheryl L. Bohannan, and Tommy G. Bohannan<br><br>Defendants. | No. 15 cv 01417<br><br>Magistrate Judge Hawley |

## NOTICE OF THIRD PARTY CITATION

To:   Central Illinois Bank, c/o Branch Manager, 4125 N. Sheridan Road, Peoria, Illinois 61614

Name and address of court: UNITED STATES COURTHOUSE, LOCATED AT 100 N.E. MONROE STREET, PEORIA, ILLINOIS 61602, ROOM C.

Judgment creditor:   PNC Bank, National Association successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A.

Name and address of attorney for judgment creditor: Matthew L. Hendricksen, CROWLEY & LAMB, P.C., 221 NORTH LASALLE STREET, SUITE 1550, CHICAGO, ILLINOIS 60601.

Judgment debtor:   Tommy G. Bohannan

Last known address of judgment debtor: 7509 N. Walnut Bend Rive, Peoria, Illinois 61614

Amount of judgment: $247,281.78 plus costs and interest from November 4, 2016 and thereafter until the balance has been paid in full, less credits received.

Name of person receiving citation: Central Illinois Bank, c/o Branch Manager, 4125 N. Sheridan Road, Peoria, Illinois 61614

Court date and time: **January 6, 2017** at **11:15 a.m.**

Address of the clerk of court: UNITED STATES COURTHOUSE, LOCATED AT 100 N.E. MONROE STREET, PEORIA, ILLINOIS 61602, ROOM C.

1

Citation to Discover Assets to a Third Party                                      (Rev. 12/19/14)  CCM 0124 B

## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: CIBM Bank                                    Court Date: _____
Defendant's Name CHERYL L BOHANNAN    SSN. xxx-xx-1097        Case No. 15 cv 01417
Judgment Balance: $ 247,281.78
*This is a Citation: Freeze up to double the Judgment Balance*

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor?  ☒ Yes   ☐ No

   IF THE ANSWER IS "YES" GO TO THE NEXT QUESTION. IF "NO", GO TO THE INSTRUCTIONS.

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions?   ☐ Yes   ☒ No

   IF THE ANSWER IS "YES" GO TO THE NEXT QUESTION. IF "NO", GO TO THE INSTRUCTIONS.

3. Is/Are the account(s)' current balance(s) equal to or less than the total of the exempt deposits?   ☐ Yes   ☐ No

   IF YOU ANSWERED "YES" TO ALL THREE (3) QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS. GO TO THE "INSTRUCTIONS" BELOW.

4. 
   |   | | ACCOUNT BALANCE | AMOUNT WITHHELD |
   |---|---|---|---|
   | A. | Savings Account | $ 19,776.80 | $ 19,776.80 |
   | B. | Check/MMA/Now Account | $ 3,463.86 | $ 3,463.86 |
   | C. | Certificate of Deposit | $ | $ |
   | D. | Trust Account/Other (Describe) _____ | $ | $ |
   | E. | Safety Deposit  ☐ Yes  ☐ No | | |
   | F. | Land Trust No. _____ | | |
   | G. | Less Right of Offset for Loans | | $ 23,240.66 |
   |    | TOTAL AMOUNT FROZEN: | | $ 0.00 |

   FILED
   JAN 0 5 2017
   CLERK OF COURT
   U.S. DISTRICT COURT
   CENTRAL DISTRICT OF ILLINOIS

5. List all electronic deposits into account(s) and their source(s) except deposits:

   | Account No. | Source | Monthly Amount |
   |---|---|---|
   | | | $ |
   | | | $ |
   | | | $ |

6. List all joint account holders or adverse claimants:

   | | | |
   |---|---|---|
   | Name TOMMY G BOHANNAN | Name TOMMY G BOHANNAN | Name _____ |
   | Address address redacted | Address address redacted | Address _____ |
   | Account Information: | Account Information: | Account Information: |
   | Type: ☒ Checking ☐ CD Savings | Type: ☐ Checking ☒ CD Savings | Type: ☐ Checking ☐ CD Savings |
   | ☐ Account Number 1349465 | ☐ Account Number: 1091263 | ☐ Account Number: _____ |

### INSTRUCTIONS

(1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing. (3.) Fax or mail a copy of this Answer to (i) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor. If filing in the First Municipal District, you may fax to (312) 603-6522 or mail to the Clerk of the Court, Richard J. Daley Center, 50 W. Washington Street, Room 602, Chicago, IL 60602. (4.) You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds.

### CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: 1/4/17
Respondent Name: CIBM Bank
Address: 4125 N Sheridan
City/State/Zip Code: Peoria, IL 61614
Telephone: 331-215-1056
Fax: 630-505-0575

Barbara Carroll, Vice President

s/ Barbara Carroll

_____
Signature of Agent

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 2 of 2



JAN 0 5 2017

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS – PEORIA DIVISION

| | |
|---|---|
| PNC Bank, National Association successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>Bohannan Medical Distributors, Inc., Cheryl L. Bohannan, and Tommy G. Bohannan<br><br>Defendants. | No. 15 cv 01417<br><br>Magistrate Judge Hawley |

## NOTICE OF THIRD PARTY CITATION

To:   Central Illinois Bank, c/o Branch Manager, 4125 N. Sheridan Road, Peoria, Illinois 61614

Name and address of court: UNITED STATES COURTHOUSE, LOCATED AT 100 N.E. MONROE STREET, PEORIA, ILLINOIS 61602, ROOM C.

Judgment creditor:   PNC Bank, National Association successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A.

Name and address of attorney for judgment creditor: Matthew L. Hendricksen, CROWLEY & LAMB, P.C., 221 NORTH LASALLE STREET, SUITE 1550, CHICAGO, ILLINOIS 60601.

Judgment debtor:   Cheryl L. Bohannan

Last known address of judgment debtor: 7509 N. Walnut Bend Rive, Peoria, Illinois 61614

Amount of judgment: $247,281.78 plus costs and interest from November 4, 2016 and thereafter until the balance has been paid in full, less credits received.

Name of person receiving citation: Central Illinois Bank, c/o Branch Manager, 4125 N. Sheridan Road, Peoria, Illinois 61614

Court date and time: **January 6, 2017 at 11:15 a.m.**

Address of the clerk of court: UNITED STATES COURTHOUSE, LOCATED AT 100 N.E. MONROE STREET, PEORIA, ILLINOIS 61602, ROOM C.

1

Citation to Discover Assets to a Third Party （Rev. 12/19/14) CCM 0124 B

## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: CIBM Bank    Court Date: ___
Defendant's Name: Bohannan Medical Group    SSN: xxx-xx-6299    Case No. 15 cv 01417
Judgment Balance: $ ___
This is a Citation: Freeze up to double the Judgment Balance

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor?  ☒ Yes  ☐ No
   IF THE ANSWER IS "YES" GO TO THE NEXT QUESTION. IF "NO", GO TO THE INSTRUCTIONS.

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions?  ☐ Yes  ☒ No
   IF THE ANSWER IS "YES" GO TO THE NEXT QUESTION. IF "NO", GO TO THE INSTRUCTIONS.

3. Is/Are the account(s)' current balance(s) equal to or less than the total of the exempt deposits?  ☐ Yes  ☐ No
   IF YOU ANSWERED "YES" TO ALL THREE (3) QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS. GO TO THE "INSTRUCTIONS" BELOW.

4. 
   |   | | ACCOUNT BALANCE | AMOUNT WITHHELD |
   |---|---|---|---|
   | A. | Savings Account | $ ___ | $ ___ |
   | B. | Check/MMA/Now Account | $ 59,049.67 | $ 59,049.67 |
   | C. | Certificate of Deposit | $ ___ | $ ___ |
   | D. | Trust Account/Other (Describe) ___ | $ ___ | $ ___ |
   | E. | Safety Deposit ☐ Yes ☐ No | | |
   | F. | Land Trust No. ___ | | |
   | G. | Less Right of Offset for Loans | | $ ___ |
   |   | TOTAL AMOUNT FROZEN: | | $ 59,049.67 |

   FILED
   JAN 0 5 2017
   CLERK OF COURT
   U.S. DISTRICT COURT
   CENTRAL DISTRICT OF ILLINOIS

5. List all electronic deposits into account(s) and their source(s) except deposits:

   | Account No. | Source | Monthly Amount |
   |---|---|---|
   | ___ | HCCLAIMPMT UNITEDHEALTHC | $ ___ |
   | ___ | HCCLAIMPMT Sedgwick Claims | $ ___ |
   | ___ | BILL PYMNT ACHMA VISB | $ ___ |

6. List all joint account holders or adverse claimants:

   Name ___    Name ___    Name ___
   Address ___    Address ___    Address ___

   Account Information:    Account Information:    Account Information:
   Type: ☒ Checking ☐ CD Savings    Type: ☐ Checking ☐ CD Savings    Type: ☐ Checking ☐ CD Savings
   ☐ Account Number 1352245    ☐ Account Number: ___    ☐ Account Number: ___

### INSTRUCTIONS

(1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing. (3.) Fax or mail a copy of this Answer to (i) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor. If filing in the First Municipal District, you may fax to (312) 603-6522 or mail to the Clerk of the Court, Richard J. Daley Center, 50 W. Washington Street, Room 602, Chicago, IL 60602. (4.) You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds.

### CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: 1/4/17    Barbara Carroll, Vice President
Respondent Name: CIBM Bank    Print Agent Name
Address: 4125 N Sheridan    s/ Barbara Carroll
City/State/Zip Code: Peoria, IL 61614
Telephone: 331-215-1056    _____
Fax: 630-505-0575    Signature of Agent

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**



FILED

JAN 0 5 2017

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS – PEORIA DIVISION

| | |
|---|---|
| PNC Bank, National Association successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>Bohannan Medical Distributors, Inc., Cheryl L. Bohannan, and Tommy G. Bohannan<br><br>Defendants. | No. 15 cv 01417<br><br>Magistrate Judge Hawley |

### NOTICE OF THIRD PARTY CITATION

To:  Central Illinois Bank, c/o Branch Manager, 4125 N. Sheridan Road, Peoria, Illinois 61614

Name and address of court: UNITED STATES COURTHOUSE, LOCATED AT 100 N.E. MONROE STREET, PEORIA, ILLINOIS 61602, ROOM C.

Judgment creditor:    PNC Bank, National Association successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A.

Name and address of attorney for judgment creditor: Matthew L. Hendricksen, CROWLEY & LAMB, P.C., 221 NORTH LASALLE STREET, SUITE 1550, CHICAGO, ILLINOIS 60601.

Judgment debtor:    Bohannan Medical Distributors, Inc.

Last known address of judgment debtor: 7509 N. Walnut Bend Rive, Peoria, Illinois 61614

Amount of judgment: $247,281.78 plus costs and interest from November 4, 2016 and thereafter until the balance has been paid in full, less credits received.

Name of person receiving citation:  Central Illinois Bank, c/o Branch Manager, 4125 N. Sheridan Road, Peoria, Illinois 61614

Court date and time: **January 6, 2017** at **11:15 a.m.**

Address of the clerk of court: UNITED STATES COURTHOUSE, LOCATED AT 100 N.E. MONROE STREET, PEORIA, ILLINOIS 61602, ROOM C.

1

Citation to Discover Assets to a Third Party  (Rev. 12/19/14)  CCM 0124 B

## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: CIBM Bank  Court Date: _____
Defendant's Name: TOMMY G BOHANNAN    SSN. xxx-xx-618    Case No. 15 cv 01417
Judgment Balance: $ 247,281.78
This is a Citation: Freeze up to double the Judgment Balance

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor?  ☒ Yes  ☐ No
   IF THE ANSWER IS "YES" GO TO THE NEXT QUESTION. IF "NO", GO TO THE INSTRUCTIONS.

2. Is this an IRA account?  Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions?  ☐ Yes  ☒ No
   IF THE ANSWER IS "YES" GO TO THE NEXT QUESTION. IF "NO", GO TO THE INSTRUCTIONS.

3. Is/Are the account(s)' current balance(s) equal to or less than the total of the exempt deposits?  ☐ Yes  ☐ No
   IF YOU ANSWERED "YES" TO ALL THREE (3) QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS. GO TO THE "INSTRUCTIONS" BELOW.

4. 
   | | ACCOUNT BALANCE | AMOUNT WITHHELD |
   |---|---|---|
   | A. Savings Account | $ 19,776.80 | $ 19,776.80 |
   | B. Check/MMA/Now Account | $ 3,463.86 | $ 3,463.86 |
   | C. Certificate of Deposit | $ | $ |
   | D. Trust Account/Other (Describe) _____ | $ | $ |
   | E. Safety Deposit  ☐ Yes  ☐ No | | |
   | F. Land Trust No. _____ | | |
   | G. Less Right of Offset for Loans | | $ 23,240.66 |
   | TOTAL AMOUNT FROZEN: | | $ 0.00 |

   FILED
   JAN 0 5 2017
   CLERK OF COURT
   U.S. DISTRICT COURT
   CENTRAL DISTRICT OF ILLINOIS

5. List all electronic deposits into account(s) and their source(s) except deposits:

   | Account No. | Source | Monthly Amount |
   |---|---|---|
   | _____ | _____ | $ _____ |
   | _____ | _____ | $ _____ |
   | _____ | _____ | $ _____ |

6. List all joint account holders or adverse claimants:
   Name CHERYL L BOHANNAN    Name CHERYL L BOHANNAN    Name _____
   Address: address redacted    Address: address redacted    Address _____

   Account Information:           Account Information:           Account Information:
   Type: ☒ Checking ☐ CD Savings  Type: ☐ Checking ☒ CD Savings  Type: ☐ Checking ☐ CD Savings
   ☐ Account Number 1349465       ☐ Account Number: 1091263      ☐ Account Number: _____

### INSTRUCTIONS

(1.) Fill out and sign the certification below.  (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing.  (3.) Fax or mail a copy of this Answer to (i) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor.  If filing in the First Municipal District, you may fax to (312) 603-6522 or mail to the Clerk of the Court, Richard J. Daley Center, 50 W. Washington Street, Room 602, Chicago, IL 60602.  (4.) You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds.

### CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: 1/4/17
Respondent Name: CIBM Bank
Address: 4125 N Sheridan
City/State/Zip Code: Peoria, IL 61614
Telephone: 331-215-1056
Fax: 630-505-0575

Barbara Carroll, Vice President

s/ Barbara Carroll

_____/_____
Signature of Agent

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 2 of 2