Citation to Discover Assets to a Third Party

## ANSWER OF THIRD PARTY RESPONDENT CITATION

This first section must be filled out by the judgment creditor.

Citation/Respondent: **Morton Community Bank**
Court Date: **1/6/17 @ 11:15 AM**
Defendant's Name: **Bohannan Medical Distributors, Cheryl Bohannan, Tommy G Bohannan**
SSN: xxx-xx-_____
Case No. **15 cv 01417**
Judgment Balance: $ **247,281.78**

This is a Citation: Freeze up to double the Judgment Balance

### INTERROGATORIES

1. On the date of service of the citation, did you have in your possession, custody or control any personal property or monies belonging to the judgment debtor?  ☒ Yes  ☐ No

   IF THE ANSWER IS "YES" GO TO THE NEXT QUESTION. IF "NO", GO TO THE INSTRUCTIONS.

2. Is this an IRA account? Or have all of the deposits made during the past 90 days been electronically deposited and identified as exempt Social Security, Unemployment Compensation, Public Assistance, Veteran's Benefits, Pension or Retirement or by a source drawing from any other statutory exemptions?  ☐ Yes  ☒ No

   IF THE ANSWER IS "YES" GO TO THE NEXT QUESTION. IF "NO", GO TO THE INSTRUCTIONS.

3. Is/Are the account(s)' current balance(s) equal to or less than the total of the exempt deposits?  ☐ Yes  ☐ No

   IF YOU ANSWERED "YES" TO ALL THREE (3) QUESTIONS AND FUNDS IN THE ACCOUNT(S) ARE EXEMPT, DO NOT FREEZE THE FUNDS. GO TO THE "INSTRUCTIONS" BELOW.

4. 
   |   | ACCOUNT BALANCE | AMOUNT WITHHELD |
   |---|---|---|
   | A. Savings Account | $ 263.51 | $ 263.51 |
   | B. Check/MMA/Now Account | $ 1440.26 | $ 1440.26 |
   | C. Certificate of Deposit | $ _____ | $ _____ |
   | D. Trust Account/Other (Describe) _____ | $ _____ | $ _____ |
   | E. Safety Deposit  ☐ Yes  ☒ No | | |
   | F. Land Trust No. _____ | | |
   | G. Less Right of Offset for Loans | | $ _____ |
   | TOTAL AMOUNT FROZEN: | | $ 1703.77 |

   FILED JAN 09 2017 CLERK OF COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

5. List all electronic deposits into account(s) and their source(s) except deposits:

   | Account No. | Source | Monthly Amount |
   |---|---|---|
   | _____ | _____ | $ _____ |
   | _____ | _____ | $ _____ |
   | _____ | _____ | $ _____ |

6. List all joint account holders or adverse claimants:

   Name **Tom G Bohannan**  Name **Cheryl L Bohannon**  Name _____
   Address **address redacted**  Address **address redacted**  Address _____

   Account Information:
   Type: ☒ Checking  ☐ CD Savings
   ☒ Account Number **XX9299**

   Account Information:
   Type: ☐ Checking  ☒ CD Savings
   ☒ Account Number: **X5704**

   Account Information:
   Type: ☐ Checking  ☐ CD Savings
   ☐ Account Number: _____

### INSTRUCTIONS

(1.) Fill out and sign the certification below. (2.) This Answer must be filed at least three (3) days before the court date to assure timely processing. (3.) Fax or mail a copy of this Answer to (i) the Court, (ii) Plaintiff's attorney and (iii) Judgment Debtor. If filing in the First Municipal District, you may fax to (312) 603-6522 or mail to the Clerk of the Court, ~~Richard J. Daley Center, 50 W. Washington Street, Room 602, Chicago, IL 60602~~. (4.) You will receive a copy of a Court Order by fax or mail instructing you how to proceed and where to send any withheld funds. **Clerk of Court Peoria 100 NE Monroe St Peoria, IL 61602**

### CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date: **1/6/2017**
Respondent Name: **Morton Community Bank**
Address: **721 W Jackson St**
City/State/Zip Code: **Morton, IL 61550**
Telephone: **309-266-5337**
Fax: **309-266-8242**

**Kimberly Ireton**
Print Agent Name
s/ Kimberly Ireton
Signature of Agent

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS – PEORIA DIVISION

| | |
|---|---|
| PNC Bank, National Association successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>Bohannan Medical Distributors, Inc., Cheryl L. Bohannan, and Tommy G. Bohannan<br><br>Defendants. | No. 15 cv 01417<br><br>Magistrate Judge Hawley |

## NOTICE OF THIRD PARTY CITATION

To: Peoria Community Bank f/k/a Heritage Bank, c/o Branch Manager, 4730 N. University Street, Peoria, Illinois 61614

Name and address of court: UNITED STATES COURTHOUSE, LOCATED AT 100 N.E. MONROE STREET, PEORIA, ILLINOIS 61602, ROOM C.

Judgment creditor: PNC Bank, National Association successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A.

Name and address of attorney for judgment creditor: Matthew L. Hendricksen, CROWLEY & LAMB, P.C., 221 NORTH LASALLE STREET, SUITE 1550, CHICAGO, ILLINOIS 60601.

Judgment debtor: Tommy G. Bohannan

Last known address of judgment debtor: 7509 N. Walnut Bend Rive, Peoria, Illinois 61614

Amount of judgment: $247,281.78 plus costs and interest from November 4, 2016 and thereafter until the balance has been paid in full, less credits received.

Name of person receiving citation: Heritage Bank, c/o Branch Manager, 4730 N. University Street, Peoria, Illinois 61614

Court date and time: **January 6, 2017 at 11:15 a.m.**

Address of the clerk of court: UNITED STATES COURTHOUSE, LOCATED AT 100 N.E. MONROE STREET, PEORIA, ILLINOIS 61602, ROOM C.

1

NOTICE: THE COURT HAS ISSUED A CITATION AGAINST THE PERSON NAMED ABOVE. The citation directs that person to appear in court to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtors in favor of the judgment creditor in the amount stated above. On or after the court date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The judgment debtors have the right to assert statutory exemptions against certain income or assets of the judgment debtor which may not be used to satisfy the judgment in the amount stated above:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; social security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400.00 in value, in any one motor vehicle; and the debtor's equity interest, not to exceed $1,500.00 in value, in any implements, professional books, or tools of the trade of the debtor.

(2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000.00, which homestead is exempt from judgment.

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage, or under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

(6) Court Ordered Child Support Deductions may be exempt.

(7) Certain types of personal property identified in 735 ILCS 5/12-1001 may be exempt.

(8) Proceeds from life insurance policies may be exempt, pursuant to 215 ILCS 5/238.

2

(9) The judgment debtor may also have other possible exemptions under the law (See, generally: Ill. Rev. Stat., Ch 110, Sec. 12-1002(b)).

The judgment debtor has the right at the citation hearing to declare exempt certain income or assets or both. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at the address indicated above. When so notified, the clerk of the court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor regarding the time and location of the hearing. This notice may be sent by regular first class mail.

/s/ Matthew L. Hendricksen
Counsel for Judgment Creditor

Matthew L. Hendricksen (6266720)
CROWLEY & LAMB, P.C.
221 North LaSalle Street
Suite 1550
Chicago, Illinois 60601
312-670-6900
mhendricksen@crowleylamb.com

3