E-FILED
Friday, 10 February, 2017  03:42:16 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS – PEORIA DIVISION

| | |
|---|---|
| PNC Bank, National Association successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A. | |
| Plaintiff, | |
| vs. | No. 15 cv 01417 |
| Bohannan Medical Distributors, Inc., Cheryl L. Bohannan, and Tommy G. Bohannan | Magistrate Judge Hawley |
| Defendants. | |

### STIPULATION FOR TURNOVER OF FUNDS

Plaintiff PNC Bank, National Association successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A. ("PNC" or "Plaintiff") by its attorneys Crowley & Lamb, P.C., and Defendants Bohannan Medical Distributors, Inc., Cheryl L. Bohannan, and Tommy G. Bohannan through their attorneys Hunziker Heck & Schneiderheinze, LLC ("Defendants") stipulate, and request this Court enter an order, as follows:

1.  On November 7, 2016, this Court issued an amended judgment in favor of Plaintiff and against Defendants in the amount of $247,281.78.  Doc. 54.  The underlying loans are commercial loans.

2.  On December 5, 2017, this Court, at Plaintiff's request, issued citations to Central Illinois Bank regarding the assets of Defendants, which citations were served December 6, 2016.

3.  On December 5, 2017, this Court, at Plaintiff's request, issued citations to Morgan Stanley & Co, LLC, regarding the assets of Defendants, which citations were served on or about December 9, 2016.

4. The citations to Central Illinois Bank and Morgan Stanley & Co, LLC, as well as citations to Defendants and other third parties, remain pending pursuant to a text order dated January 5, 2017.

5. Plaintiff and Defendants have agreed to a settle this matter.

6. As part of the settlement, the parties have agreed to the filing of this motion and to the entry of an order directing: 1) Central Illinois Bank, to the extent it is in possession of sufficient funds belonging to Defendants, to turnover the sum of $139,855.40 via wire to PNC Bank, N.A., or directly to counsel for Plaintiff via a check made payable to PNC Bank, N.A., within fourteen days; and 2) directing Morgan Stanley & Co, LLC, to the extent it is in possession of sufficient funds belonging to Defendants, to turnover the sum of $100,000 via wire to PNC Bank, N.A., or directly to counsel for Plaintiff via a check made payable to PNC Bank, N.A. within fourteen days.

7. The parties have also agreed that all citations and third party citations will remain pending until Plaintiff receives the above described payments in full at which time, the parties will submit an agreed order dismissing all citations and third party citations.

WHEREFORE, Plaintiff, PNC Bank, National Association successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A. and Bohannan Medical Distributors, Inc., Cheryl L. Bohannan, and Tommy G. Bohannan respectfully requests this Court enter an order A) directing Central Illinois Bank, to the extent it is in possession of sufficient funds belonging to Defendants, to pay the sum of $139,855.40 to PNC within fourteen days, B) directing Morgan Stanley & Co, LLC, to the extent it is in possession of sufficient funds belonging to Defendants, to pay the sum of $100,000 to PNC within fourteen days, and C)

holding that all citations and third party citations remain pending until further order of court, and

D) granting such further relief to which the parties are entitled.

| | |
|---|---|
| PNC Bank, National Association, successor to National City Bank, Successor to National City Bank of Michigan/Illinois, N.A. | Bohannan Medical Distributors Cheryl L. Bohannan, Tommy G. Bohannan |
| /s/ Matthew L. Hendricksen<br>One of its Attorneys | /s/ Gregory A. Hunziker<br>One of their Attorneys |
| Matthew L Hendricksen (ARDC # 6296720)<br>Crowley & Lamb, P.C.<br>221 N. LaSalle Street, Suite 1550<br>Chicago, Illinois 60601<br>(312) 670-6900<br>mhendricksen@crowleylamb.com | Gregory A. Hunziker<br>Hunziker Heck & Schneiderheinze LLC<br>416 Main Street, 16th Floor<br>Peoria, Illinois 61602<br>(309)-676-7777<br>greg@hunzikerlaw.com |